IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JUNIFER HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:18-cv-178 |
| | ) |
| AMERICAN GREETINGS CORPORATION, | ) |
| AN OHIO CORPORATION AND | ) |
| HALLMARK CARDS CORPORATION | ) |
| INC., A MISSOURI CORPORATION | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS COPYRIGHT INFRINGEMENT COMPLAINT WITH PREJUDICE

**COMES NOW**, Plaintiff Junifer Hall, by and through counsel, John Henry Hall, Ed.D.,LL.M., and files a Motion to Dismiss the Copyright Infringement Complaint with prejudice in the above-captioned case filed on April 28, 2018, against the named Defendants American Greetings Corporation and Hallmark Cards Corporation, Inc., due to a Mutual Agreement of the parties.

LAW OFFICE OF ATTORNEY JOHN HENRY HALL, ED.D.,LL.M.

By: /s/ Attorney John Henry Hall,Ed.D.,LL.M.
JOHN HENRY HALL,ED.D.,LL.M.
Indiana Attorney Number: 8345-28
Attorney for Plaintiff
1937 Madison Street
Gary, Indiana 46407
Tel: (219) 883-7711- Office
Fax: (219) 883-1006- Fax

E-mail: halleglsvc@aol.com

/s/ Attorney John Henry Hall,Ed.D.,LL.M.
Attorney John Henry Hall,Ed.D.,LL.M.

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the **4th** day of **June**, 20**18**, he has electronically filed the above and foregoing with the Clerk of the United States District Court for the Northern District of Indiana using the ECF system, and does hereby certify that he has mailed by United States Postal Service the document to the following non CM/CM/ECF participants:

Attorney Philip R. Bautista
Taft, Stettinus & Hollister, LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302

Attorney for American Greetings, Inc.

Attorney Trent Webb
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108

Attorney for Hallmark Cards, Inc.

LAW OFFICE OF ATTORNEY JOHN HENRY HALL, ED.D.,LL.M.

By: /s/ Attorney John Henry Hall,Ed.D.,LL.M.
Attorney John Henry Hall,Ed.D.,LL.M.